```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13936
   TOMIKA WIGGINS
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-1415

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/02/2007 and was confirmed 12/10/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/05/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
LITTON LOAN SERVICING    CURRENT MORTG         .00             .00            .00
DYCK O NEAL INC          CURRENT MORTG         .00             .00            .00
AMERICREDIT FINANCIAL SV SECURED VEHIC         .00             .00            .00
CAPITAL ONE              UNSECURED       NOT FILED             .00            .00
CALVARY PORTFOLIO SVCS   UNSECURED       NOT FILED             .00            .00
B-REAL LLC               UNSECURED          490.43             .00            .00
CREDIT PROTECTION        UNSECURED       NOT FILED             .00            .00
DENTAL COLLECTION FIRM   UNSECURED       NOT FILED             .00            .00
RESURGENT CAPITAL SERVIC UNSECURED          324.26             .00            .00
LOU HARRIS COMPANY       UNSECURED       NOT FILED             .00            .00
MONTEREY COLLECTIONS     UNSECURED          474.70             .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED           50.02             .00            .00
VERIZON WIRELESS         UNSECURED         1349.09             .00            .00
WFNNB/ LANE BRYANT       UNSECURED          413.69             .00            .00
WORLD FINANCIAL NETWORK  UNSECURED          564.84             .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE    10543.65             .00            .00
DYCK O NEAL INC          MORTGAGE ARRE     2679.86             .00            .00
AMERICREDIT FINANCIAL SV NOTICE ONLY     NOT FILED             .00            .00
NCO FINANCIAL            UNSECURED          273.76             .00            .00
MONTEREY COLLECTIONS     SECURED           1400.00             .00         249.84
NCO FINANCIAL            UNSECURED            .00              .00            .00
BENNIE W FERNANDEZ       DEBTOR ATTY       2,973.00                        503.51
TOM VAUGHN               TRUSTEE                                            54.08
DEBTOR REFUND            REFUND                                             50.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   857.43

PRIORITY                                          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 13936 TOMIKA WIGGINS
```

```
SECURED                                                           249.84
UNSECURED                                                            .00
ADMINISTRATIVE                                                    503.51
TRUSTEE COMPENSATION                                               54.08
DEBTOR REFUND                                                      50.00
                                 ----------------        ----------------
TOTALS                                   857.43                   857.43
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 08/26/08             _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 13936 TOMIKA WIGGINS